OPINION — AG — **** CERTIFICATION OF CHILD FOR CRIMINAL OFFENSE **** A CHILD MUST BE CERTIFIED UNDER 10 O.S. 1971 1112 [10-1112](B) TO ANOTHER DIVISION OF THE COURT FOR EACH OFFENSE WITH WHICH HE MAY BE CHARGED, AND CERTIFICATION THAT A CHILD IS CAPABLE OF KNOWING RIGHT FROM WRONG AND TO BE HELD ACCOUNTABLE FOR HIS ACTS IN ONE CASE NOT AMOUNT TO PERMANENT CERTIFICATION DISPENSING WITH THE NECESSITY OF CONSIDERING SUBSEQUENT CHARGES ON AN INDIVIDUAL BASIS. (MICHAEL CAUTHRON)